Darryl J. QUARLES, Plaintiff-Appellant,

v.

TWENTIETH CENTURY FOX FILM CORPORATION, a corporation; et al., Defendants–Appellees.

No. 06–55120.

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2006.*

Filed May 18, 2006.

Marc Toberoff, Esq., Nicholas C. Williamson, Esq., Law Offices of Marc Toberoff, Los Angeles, CA, for Plaintiff–Appellant.

David C. Dinielli, Esq., Munger Tolles & Olson, LLP, Los Angeles, CA, for Defendants–Appellees.

Before: B. FLETCHER, TROTT, and CALLAHAN, Circuit Judges.

MEMORANDUM **

This preliminary injunction appeal comes to us for review under Ninth Circuit Rule 3–3. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

We subject a district court's order regarding preliminary injunctive relief to only limited review. *Walczak v. EPL Prolong, Inc.*, 198 F.3d 725, 730 (9th Cir.1999). Our review of an order regarding a preliminary injunction "is much more limited than review of an order involving a permanent injunction, where all conclusions of law are freely reviewable." *Id.* A decision regarding a preliminary injunction is reviewed for abuse of discretion, which occurs only if the district court based its decision on either an erroneous legal standard or clearly erroneous factual findings. *Id.*

The district court did not abuse its discretion here. *See Martin v. International Olympic Comm.*, 740 F.2d 670, 674–75 (9th Cir.1984). We therefore affirm the district court's order denying plaintiff's motion for a preliminary injunction.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, appellant's request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.